# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JAMES EPPERSON, | ) |
| *Plaintiff*, | ) Case No. 3:19-cv-307 <br> ) <br> ) Judge Travis R. McDonough |
| v. | ) <br> ) Magistrate Judge Debra C. Poplin |
| CONSOLIDATED NUCLEAR SECURITY, LLC, | ) <br> ) <br> ) |
| *Defendant*. | ) |

## JUDGMENT ORDER

For the reasons set forth in the accompanying memorandum opinion, this action is **DISMISSED**. The Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ John Medearis
  CLERK OF COURT